| | |
|---|---|
| 1 | John S. Purcell (SBN 158969) |
| 2 | Lynn R. Fiorentino (SBN 22691)<br>Douglas E. Hewlett, Jr. (SBN 293438) |
| 3 | **ARENTFOX SCHIFF LLP**<br>555 West Fifth Street, 48th Floor |
| 4 | Los Angeles, California 90013-1065<br>Telephone: 213.629.7400 |
| 5 | Facsimile:  213.629.7401<br>Email:   john.purcell@afslaw.com |
| 6 |           lynn.fiorentino@afslaw.com<br>          douglas.hewlett@afslaw.com |
| 7 | Attorneys for Boscov's, Inc. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNETTE CODY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BOSCOV'S, INC.,<br><br>Defendant. | Case No.  22-CV-01434-DOC-ADS<br><br>**CLASS ACTION**<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Date:       November 7, 2022<br>Time:       8:30 a.m.<br>Judge:      Hon. David O. Carter<br>Courtroom:  10A<br><br>*Memorandum of Points and Authorities filed concurrently* |

Arent Fox LLP
Attorneys At Law
Los Angeles

Case No. 8:22-cv-01434-DOC-ADS         - 1 -         NOTICE OF MOTION AND MOTION TO DISMISS

AFDOCS:26314592.1

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT on November 7, 2022, at 8:30 a.m., or as soon thereafter as the matter may be heard before the Honorable David O. Carter, in Courtroom 10A of the above-entitled Court, located at 411 W. Fourth Street, Santa Ana, CA 92701, Defendant Boscov's, Inc. will move for an Order dismissing Plaintiff's First Amended Class Action Complaint, pursuant to Fed. R. Civ. P. 12(b)(6).

Defendant seeks dismissal because (1) Boscov's cannot "intercept" messages as a party to the communication, (2) Plaintiff has not plausibly alleged that any interception actually occurred that would implicate Section 631 when she purportedly used the chat feature on Boscov's website, and (3) as for her new claim under Section 632.7, it is facially inapplicable to communications with websites. For these reasons, the Complaint fails to state any claim upon which relief may be granted. This Motion will be based on this Notice, the attached Memorandum of Points and Authorities, the files and records in this action, arguments of counsel, and upon such other further matter adduced at the hearing, or of which the Court takes judicial notice. This Motion is made following conference of counsel pursuant to L. R. 7-3, which took place by telephone on September 13, 2022, and subsequently by email.

Dated: October 3, 2022                    **ARENTFOX SCHIFF LLP**

By: _/s/ Lynn R. Fiorentino_
JOHN S. PURCELL
LYNN R. FIORENTINO
DOUGLAS E. HEWLETT, JR.
Attorneys for Boscov's, Inc.