UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNETTE CODY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BOSCOVS, INC., a Pennsylvania corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 8:22-cv-01434-DOC-ADS<br><br>**ORDER GRANTING THE RETAIL LITIGATION CENTER'S *EX PARTE* APPLICATION FOR LEAVE TO FILE AMICUS BRIEF IN SUPPORT OF DEFENDANT BOSCOV'S MOTION TO DISMISS [26]** |

## ORDER

Good cause appearing, the Court grants the *Ex Parte* Application filed by the Retail Litigation Center (Dkt. 26) and hereby orders the following:

1. The Retail Litigation Center is to submit their *amicus curiae* brief in support of Defendant Boscov's motion to dismiss on November 14, 2022;
2. Plaintiff's response is due by November 21, 2022;
3. The hearing on Defendant Boscov's motion to dismiss is continued from November 7, 2022 to December 5, 2022 at 8:30 AM.

**IT IS SO ORDERED.**

DATED:  November 2, 2022

_____
Hon. David O. Carter